# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CR-20-317-SLP |
| ) | |
| RICHARD CLINTON POND, ) | |
| ) | |
| Defendant. ) | |

## APPLICATION TO FILE EX PARTE MOTION FOR AUTHORIZATION TO EMPLOY AN INVESTIGATOR AND BRIEF IN SUPPORT UNDER SEAL

Counsel for the Defendant, Richard Clinton Pond, submits this Application to file documents under seal pursuant to LCrR12.3. In support of this request, counsel states:

Counsel believes it necessary, in order to represent Mr. Pond effectively in this proceeding, to file an Ex Parte Motion for Authorization to Employ an Investigator and Brief in Support with the Court that contains sensitive, personal, and confidential information. Counsel for Mr. Pond requests that the Court consider this Motion without them becoming a public record in this case at this time.

Counsel for the Defendant therefore requests that the Court approve this Application and enter and Order allowing the filing of the Ex Parte Motion for Authorization to Employ an Investigator and Brief in Support under seal.

Respectfully submitted,

/s/ Henry A. Meyer, III
Henry A. Meyer, III, OBA #6163
BEHENNA, GOERKE, KRAHL & MEYER
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102-8005
Telephone: 405-232-3800
Facsimile:   405-232-8999
Email:  hank@lawfirmokc.com

*Attorney for Defendant,*
*Richard Clinton Pond*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Henry A. Meyer, III
Henry A. Meyer, II
